William F. Seeba, Appellant, v. Philip Kukowsky, and Gussie Kukowsky, his wife, Wolf Brothers Shoe Company, a Corporation, doing business in Columbus, Ohio, and Stringfellow & Doty Company, a Corporation under the Laws of Florida, Appellees.

An Appeal from a Decree of the Circuit Court for St. Johns County.

Appeal dismissed on praecipe of counsel for Appellant, May 29, 1916.

*Alex St. Clair-Abrams,* for Appellant;

No appearance for Appellees.